CIVIL MINUTES/ORDER
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JUAN TAYLOR,<br><br>　　　　　Plaintiff(s),<br><br>　vs.<br><br>DETECTIVE STACEE WRIGHT,  ET AL.,<br><br>　　　　　Defendant(s). | JUDGE  PATRICIA A. GAUGHAN |
| | DATE:   JANUARY 18, 2024 |
| | CASE NUMBER: 4:23CV270 |
| | COURT REPORTER: |
| | TYPE OF PROCEEDING:<br><br>　　　　SETTLEMENT CONFERENCE |

Status Conference was held.  Case is dismissed with prejudice.  The parties will bear their own costs.  The Court retains jurisdiction over the settlement.

　　　　　　　　　　　　　　　　　　　　　 /s/ Patricia A. Gaughan
　　　　　　　　　　　　　　　　　　　　PATRICIA A. GAUGHAN
Time 4.75 hrs.　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE